**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-2318

DANIEL R. MCCLAIN,

Plaintiff - Appellant,

v.

LEFFORD FATE, et alia,

Defendant - Appellee,

and

SAMUEL SOLTIS, Assc Dir; JOHN B. TOMARCHIO, Med Dir; THOMAS MOORE, Med Dir; JOHN A. DAVIS, Med Dir; ANNA MOAK, Healthcare Authority (HCA); JANICE PHILLIPS, Admin Coord; ANGELA HARDIN, ADA Coord; WARDEN RALPH COTHRAN; WARDEN NOLAN; WARDEN ROBERTS; ASSOC. WARDEN K. SHARP; ASSC. WARDEN BRADSHAW; ASSC. WARDEN DEAN; DR. WAY; DR SHARP; DR BENNETT; DR MCREE; DR HUGHES; DR HEDGEPATH; DR PAUL DRAGO; DR STEEN; DR BEINOR; DR KAY; DR MCCRAY; SALLY BLAKE, Nurse Practitioner; SALLEY, Nurse Practitioner; OLSEN, Nurse Practitioner; ALLEN, Nurse Practitioner; BLOCK, Nurse Practitioner; HCA BLACKWELL; HCA HUGGINS; HCA PACE; WARDEN THOMAS; DR BABBS; WARDEN COLIE RUSHTON; WARDEN LEROY CARTLEDGE; ASSC WARDEN KENDELL; ASSC WARDEN LEWIS; WARDEN PADULA; DR PATE; DR KIRBY; DR NEVILLE; DR MCFADDEN; DR BLACKWELL; DR BLACK; HCA HODGE; DR PAGE; DR ELLISON; DR QUESIK; WARDEN WHITE; DR VALPEY; DR EL SHAMIL; DR MICHAEL KIRBY; DR HERBOT; DR ALEWINE; GRECO, Nurse Practitioner; DR LANGSTON; DR LEVENTIS; BARBARA MCKELLAR, Nurse Practitioner; HCA THOMAS BOSWELL; HOLLY R. PISARIK, Director; ADRIENNE YOUMANS, Director; MARK DORMAN, Assistant Deputy Director; ALTHEA B. MYERS, Inv; DR JAMES W JARVIS; DR HANNS BRINGS; DR BRENNAN; DR LUCKY; DR DAVIS; CATHERINE TEMPLETON, Director; GLORIA PROVOST, Director; DAVID

TATARSKY, General Counsel; HCA SARVER; DR WOODS; LINDA DUNLAP,

            Defendants.

———————————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Margaret B. Seymour, Senior District Judge. (0:15-cv-04516-MBS)

———————————

Submitted: April 4, 2019                          Decided: April 8, 2019

———————————

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Daniel R. McClain, Appellant Pro Se. Andrew Lindemann, LINDEMANN, DAVIS & HUGHES, PA, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel R. McClain appeals the district court's text order denying his post-judgment pro se motion to alter or amend judgment and his "Motion Re-asserted for the S.C. State Legislature, et al., As Defendants; and Motion For Injunction Order Re-asserted." We have reviewed the record and find no reversible error. McClain's motions failed to establish any valid basis for relief from the underlying order dismissing his 42 U.S.C. § 1983 (2012) action. *See* Fed. R. Civ. P. 60(b). Accordingly, we affirm. We deny McClain's motions for injunctive relief pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*